IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARSHALL VAN REED, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 05-LSC-RRA-0798-M |
| ) | |
| WARDEN RALPH HOOKS, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be transferred to the United States District Court for the Middle District of Alabama. An appropriate order will be entered.

Done this 24th day of May 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153